Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| CANDACE MAE SILVA SAMANTE | Case No. 2:16-06888-DPC |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 3 months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $2,400.00

The next scheduled payment is due: 01/15/2020

**Debtors is required to pay no less than $3,200.00 by 02/08/2020 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 02/08/2020.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

|    |                                              |
|----|----------------------------------------------|
| 1  | EDWARD J. MANEY                              |
| 2  | CHAPTER 13 TRUSTEE                           |
| 3  | By: /s/ Edward J. Maney *(Digitally signed by Edward J. Maney, Esq. Date: 2020.01.08 07:23:14 -07'00')* |
| 4  | Edward J. Maney ABN 12256                    |
|    | Chapter 13 Trustee                           |
| 5  | 101 North First Avenue, Suite 1775           |
|    | Phoenix, AZ 85003                            |
| 6  | (602) 277-3776                               |
|    | ejm@maney13trustee.com                       |

CERTIFICATE OF MAILING FOR CASE NO. 2:16-06888-DPC

Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
LERNER & ROWE LAW GROUP
2701 E. Camelback Rd
Suite #185
Phoenix, AZ 85016-

Debtor (s):
CANDACE MAE SILVA SAMANTE
2017 E. ESCUDA RD
PHOENIX, AZ. 85024-

'

By: _____
Grace Harley
Digitally signed by Grace Harley
Date: 2020.01.08 08:55:45 -07'00'
Trustee's Clerk